IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROL PALMER | ) | Civil Action No. 07-00208 |
| | ) | |
| Plaintiff, | ) | Judge Gary L. Lancaster |
| | ) | |
| v. | ) | STIPULATION OF DISMISSAL |
| | ) | WITHOUT PREJUDICE |
| BLACK BOX CORPORATION | ) | |
| OF PENNSYLVANIA | ) | Electronically Filed |

## ORDER OF COURT

AND NOW, it is hereby ORDERED that the above-captioned matter is DISMISSED WITHOUT PREJUDICE, each party to bear its own fees and costs.

Date: 9/18/07

_____
Gary L. Lancaster, Judge